No. 620. PFAFFINGER v. UNITED STATES. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Messrs. A.

*Calder Mackay* and *Thomas R. Dempsey* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, F. W. Dewart,* and *H. Brian Holland* for the United States.

